# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2631
LT Case No. 2019-CF-000791-A

_____

INSHAN ALLIE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.853 appeal from the Circuit Court for Marion County.
Barbara Kissner, Judge.

Inshan Allie, Bushnell, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Appellee.

June 9, 2026

PER CURIAM.

AFFIRMED.

MAKAR, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____